This is to advise that on January 26, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-9

In action

Ct. No. 08-00379

Presitex USA Inc.,

Plaintiff,

V.

United States,

Defendant.